IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2802

WESLEY DURANT,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed September 16, 2016.

An appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

Wesley Durant, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Barbara Debelius, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

B.L. THOMAS, WINOKUR, and JAY, JJ., CONCUR.